OPINION — AG — ** POLLUTION CONTROL — PLAIN WATER — REGULATORY ** (1) THE CONDENSATE FROM AN INDUSTRIAL PLANT'S AIR CONDITIONING UNITS AMY BE "POLLUTION" UNDER THE DEFINITION GIVEN IN 82 O.S. 932.1 [82-932.1](D) WHEN THE CONDENSATE IS PLAIN WATER. HOWEVER, WHETHER OR NOT THE QUANTITY OF CONDENSATE FROM A PARTICULAR INDUSTRIAL PLANT'S AIR CONDITIONING UNITS IS SUFFICIENT TO CONSTITUTE POLLUTION IS A QUESTION OF FACT AND CANNOT BE ANSWERED AS A MATTER OF LAW. (2) THE POLLUTION COORDINATING BOARD HAS THE POWER UNDER 82 O.S. 936 [82-936] TO ISSUE AN ORDER DEALING WITH PLAIN WATER IF IT IS DETERMINED TO BE POLLUTION, PROVIDED ALL APPLICABLE STATUTORY REQUIREMENTS ARE MET. (POLLUTION DEFINITION, SURVEILLANCE OF THE WATERS, ENVIRONMENT, JURISDICTION, AUTHORITY) CITE: 25 O.S. 2 [25-2], 82 O.S. 932 [82-932], 82 O.S. 932 [82-932](A), 82 O.S. 932 [82-932](B), 82 O.S. 932.1 [82-932.1](A), 82 O.S. 932.1 [82-932.1](B), 82 O.S. 934 [82-934], 82 O.S. 934 [82-934](3), 82 O.S. 936 [82-936], 82 O.S. 936 [82-936](F) (SARA J. DRAKE)